**Kenneth D. LIGGINS, Plaintiff—Appellant,**

v.

**Melville JOHNSON, P.C.; George Melville Johnson; Christopher Vaughn; Dawn M. Rivera; Mark Thacker, Defendants—Appellees.**

No. 07–1232.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2007.

Decided: Sept. 6, 2007.

Kenneth D. Liggins, Appellant Pro Se. Jeffrey Hamilton Geiger, Sands, Anderson, Marks & Miller, Richmond, Virginia, for Appellees.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth D. Liggins appeals the district court's order dismissing his civil complaint without prejudice for lack of subject matter jurisdiction and for improper venue.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Liggins v. Melville Johnson, P.C.,* No.

---

* Appellees contend we lack jurisdiction because the notice of appeal was not timely filed. However, because the judgment was not set forth on a separate document, the time

1:06–cv–00901–GBL (E.D. Va. filed Jan. 4, 2007; entered Jan. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

for noting an appeal did not begin to run until 150 days from entry of the order and the appeal was timely. *See* Fed. R.App. P. 4(a)(2), (7).